UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-20624-JRS |
| | ) | |
| DENNIS ROBERT BARFIELD, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE OF SRP 2014-2 FUNDING TRUST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS ROBERT BARFIELD, and BRADLEY J. PATTEN, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR RELIEF FROM STAY**

COMES NOW, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely as Trustee of SRP 2014-2 Funding Trust, c/o SN Servicing Corporation, its servicing agent ("Movant"), and hereby shows this Court the following:

1.

Pursuant to 11 U.S.C. Section 362(d) and Fed. R. Bankr. P. 4001, Movant seeks an order modifying the automatic stay for purposes of allowing it to enforce its security interest in certain real property of the estate, commonly known as 12875 Appalachian Hwy., Morganton, GA 30560 ("Real Property") in accordance with the terms of a certain security deed and with applicable non-bankruptcy law.

2.

Debtor filed the above-styled bankruptcy on March 30, 2019.

3.

Movant holds a claim secured by the Real Property. True and correct copies of the subject loan documents are collectively attached hereto as Exhibit "A" and incorporated herein by reference ("Loan Documents").

4.

Debtor is delinquent on the subject loan as follows:

| | |
|---|---:|
| 01 Payment Due 02/01/2017 @ $377.09: | $   377.09 |
| 12 Payments Due 03/01/2017 - 02/01/2018 @ $387.21 each : | 4,646.52 |
| 12 Payments Due 03/01/2018 - 02/01/2019 @ $418.40 each : | 5,020.80 |
| 02 Payments Due 03/01/2018 - 02/01/2019 @ $463.46 each: | 926.92 |
| Escrow: | 4,794.35 |
| Reinstatement Total: | $15,765.68 |

5.

Movant is not adequately protected.

6.

Debtor appears to have little equity, if any, in the Real Property. Per the Fannin County Tax Assessor, the value of the Real Property is approximately $197,231.00. A true and correct copy of the 2018 tax assessment is attached hereto as Exhibit "B" and incorporated herein by reference. As of April 15, 2019, the payoff on the subject loan was approximately $193,243.47, with an unpaid principal balance of $66,819.16.

7.

Movant has incurred $850.00 in attorney's fees and $181.00 costs in bringing this Motion and is entitled to reimbursement for same pursuant to the Loan Documents.

WHEREFORE, Movant prays that this Court, after notice and a hearing:

    a) Waive the stay set forth in FBR 4001(a)(3);
    b) Terminate and modify the automatic stay to permit Movant to enforce its security interest in the Real Property in accordance with

the terms of the Loan Documents and applicable non-bankruptcy law, including, but not limited to, conducting a foreclosure sale and seeking possession of the Real Property pursuant to the laws of the State of Georgia;

c) Award $850.00 attorney's fees and $181.00 costs incurred by Movant in bringing the Motion; and

d) Grant such other and further relief as this Court deems just, necessary, and proper.

This 18th day of April, 2019.

                                                Prepared By:
                                                Attorney for Movant

                                                _____/s/_____
                                                Marc E. Ripps
                                                Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-20624-JRS |
| | ) | |
| DENNIS ROBERT BARFIELD, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE OF SRP 2014-2 FUNDING TRUST, | ) ) ) ) ) ) | CONTESTED MATTER |
| Movant, | ) ) | |
| vs. | ) ) | |
| DENNIS ROBERT BARFIELD, and BRADLEY J. PATTEN, Trustee, | ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF ASSIGNMENT OF HEARING**

PLEASE TAKE NOTICE that Movant has filed a motion for relief from the automatic stay ("Motion") and related papers with the court seeking an order for relief sought in the Motion.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, then you may wish to consult one.) If you do not want the court to lift the automatic stay, or if you want the court to consider your views on the Motion, then you or your attorney must attend a hearing on **May 23, 2019, at 1:00 p.m. in Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, Georgia 30501**. THE AUTOMATIC STAY SHALL REMAIN IN EFFECT WITH RESPECT TO MOVANT UNTIL COURT ORDER OTHERWISE.

If you or your attorney do not take these steps, then the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the event a hearing cannot be held within thirty (30) days from the filing of the Motion as required by 11 U.S.C. Section 362, Movant, by and through counsel, waives this

requirement and agrees to the next earliest possible date, as evidenced by signature below.

This 18th day of April, 2019.

PREPARED BY AND CONSENTED TO:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email: meratl@aol.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-20624-JRS |
| | ) | |
| DENNIS ROBERT BARFIELD, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE OF SRP 2014-2 FUNDING TRUST, | ) | CONTESTED MATTER |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS ROBERT BARFIELD, and BRADLEY J. PATTEN, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

CERTIFICATE OF SERVICE

This is to certify that I served the parties listed below with a copy of the Motion for Relief from Stay and Notice of Assignment of Hearing by, **unless otherwise noted**, depositing a true and correct copy of each with the United States Postal Service with sufficient postage affixed thereto to insure first class delivery:

Office of the United States Trustee
Via Electronic Notice

Bradley J. Patten, Esq.
Chapter 7 Trustee
Via Electronic Notice

E.L. Clark, Esq.
Attorney for Debtor
Via Electronic Notice

Dennis Robert Barfield
12875 Appaiachian Hwy.
Morganton, GA 30560

This 18th day of April, 2019.

                                                                                             /s/
                                                Marc E. Ripps
                                                Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com